26,543·04

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk

Court of Criminal Appeals
Abel Acosta, Clerk
P.O. Box 12308
Capitol Station
Austin, Tx 78711

Date; Febuary 5, 2015

Regarding to; Tr. Ct. No. W92-46299-M(D)

My name is Sammy M. Garcia, TDCJ-ID # 00675975, SID #05057310, Date of Birth 04-04-1975, being recently incarcerated at the Roach Unit in the Texas Department of Criminal Justice in Childress County, and I am writing to seek help on my first (1) Writ of Habeas Corpus pursuant to Article 11.07, to which the State is falsely acussing me of having filed subsequent Writs. The 5th Court of Appeals sent me a Docket Sheet, Case Number: 05-94-00516-CR, date filed 3/30/1994. I am guessing that this is an appeal filed on 3-30-1994 that I had no knowledge because my retained attorney had told me that I could not appeal my judgment. Now the Magistrate's Proposed

Findings of fact and Conclusions of law state, "Applicant appealed and his conviction was affirmed by the Tenth Court of Appeals on February 8, 1995, and that on May 18, 1994, I guess filed my first Writ of Habeas Corpus about 90 (ninty days) after my judgment of conviction. All this is false acussations by the State of Texas, cause I never had Knowledge about my indictment being Void for failure of the charging instrument to charge a person with the commission of the offense renders it constitutionally invalid, as stated in my Memorandum of Law that was included with my Writ of Habeas Corpus. I just ask and pray that the Courts really look into these allegations so that my relief of dismissal be granted. Thank You Very Much.

Thank You, *Sammy Garcia*
Sincerely: *Sammy Garcia*

Sammy Garcia
TDCJ ID# 675975
Roach Unit
15845 F.m. 164
Childress, Tx 79201